# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5113**  September Term, 2025

1:13-cv-01053-RCL
1:13-mc-01288-RCL

Filed On: November 10, 2025 [2144672]

Fairholme Funds, Inc, on behalf of its series, The Fairholme Fund, et al.,

    Appellees

    v.

Federal Housing Finance Agency, in its capacity as Conservator of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, et al.,

    Appellants

------------------------------

Consolidated with 25-5121, 25-5154, 25-5155

## O R D E R

Upon consideration of plaintiffs' unopposed motion to supplement the joint appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY: /s/
    Michael C. McGrail
    Deputy Clerk