# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5113**                                    **September Term, 2025**

1:13-cv-01053-RCL<br>1:13-mc-01288-RCL

**Filed On: February 11, 2026** [2158686]

Fairholme Funds, Inc, on behalf of its
series, The Fairholme Fund, et al.,

      Appellees

    v.

Federal Housing Finance Agency, in its
capacity as Conservator of the Federal
National Mortgage Association and the
Federal Home Loan Mortgage Corporation,
et al.,

      Appellants

------------------------------

Consolidated with 25-5121, 25-5154,
25-5155

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on April 21, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)