# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5113**                                    **September Term, 2025**

**1:13-cv-01053-RCL**
**1:13-mc-01288-RCL**

**Filed On: April 8, 2026** [2167570]

Fairholme Funds, Inc, on behalf of its
series, The Fairholme Fund, et al.,

       Appellees

    v.

Federal Housing Finance Agency, in its
capacity as Conservator of the Federal
National Mortgage Association and the
Federal Home Loan Mortgage Corporation,
et al.,

       Appellants

------------------------------

Consolidated with 25-5121, 25-5154,
25-5155

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for April 21, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants/Cross-Appellees<br>Federal Housing Finance Agency, et al. | - | 15 Minutes |
| Appellees/Cross-Appellant's<br>Berkley Insurance Co., et al. | - | 15 Minutes |

One counsel per side to argue.  The panel considering these cases will consist of Circuit Judges Walker and Childs, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 10, 2026.

**Per Curiam**

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

        BY:    /s/
               Michael C. McGrail
               Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)