# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5113**                                    **September Term, 2025**

**1:13-cv-01053-RCL**
**1:13-mc-01288-RCL**

**Filed On: April 13, 2026** [2168291]

Fairholme Funds, Inc, on behalf of its
series, The Fairholme Fund, et al.,

      Appellees

    v.

Federal Housing Finance Agency, in its
capacity as Conservator of the Federal
National Mortgage Association and the
Federal Home Loan Mortgage Corporation,
et al.,

      Appellants

------------------------------

Consolidated with 25-5121, 25-5154,
25-5155

## A M E N D E D   O R D E R

It is **ORDERED**, on the court's own motion, that the April 8, 2026 order be amended to reflect the following revised allocation of oral argument times:

| | | |
|---|---|---|
| Appellants/Cross-Appellees Federal Housing Finance Agency, et al. | - | 20 Minutes |
| Appellees/Cross-Appellants Berkley Insurance Co., et al. | - | 15 Minutes |
| Class Appellees | - | 5 Minutes |

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 15, 2026.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)