# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5113**                                       **September Term, 2025**

**1:13-cv-01053-RCL**
**1:13-mc-01288-RCL**

**Filed On: April 15, 2026** [2168871]

Fairholme Funds, Inc, on behalf of its
series, The Fairholme Fund, et al.,

      Appellees

    v.

Federal Housing Finance Agency, in its
capacity as Conservator of the Federal
National Mortgage Association and the
Federal Home Loan Mortgage Corporation,
et al.,

      Appellants

------------------------------

Consolidated with 25-5121, 25-5154,
25-5155

**O R D E R**

    Upon consideration of the April 14, 2026 letter regarding oral argument format, it is

    **ORDERED**, on the court's own motion, that the following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| Appellants/Cross-Appellees Federal Housing Finance Agency, et al. | - | 20 Minutes |
| Appellees/Cross-Appellants Berkley Insurance Co., et al. and Class Appellees | - | 20 Minutes (to be divided among appellees as the parties deem appropriate) |

**Per Curiam**

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

         BY:    /s/
                 Michael C. McGrail
                 Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)